Mertzel Law PLLC

1204 Broadway, 4th Floor, New York, NY 10001

Nancy J. Mertzel
(646) 965-6900
nancy@mertzel-law.com

September 30, 2026

*Via ECF*

Hon. Jessica G. L. Clarke
United States District Court Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *13Thirty Group LLC v. Kehoe Corp. and Joseph Kehoe*, No. 7:26-cv-02262-JGLC

Dear Judge Clarke:

I write on behalf of Plaintiff to request a brief extension of the deadline in the Court's September 3, 2026 Order of Dismissal (ECF No. 19), which dismissed this action without prejudice to reopening within thirty days if the settlement is not consummated.

As you are aware, the parties have reached a settlement in principle. They have exchanged drafts and are working to finalize the settlement. The extension is requested to afford the parties additional time to finalize the settlement agreement.

Accordingly, Plaintiff requests a thirty-day extension of the October 5, 2026 deadline to and including November 4, 2026. This is the first request to extend the deadline. Defendants, through counsel, consented to this request.

Respectfully submitted,

Nancy J. Mertzel

Nancy J. Mertzel

cc: Jorge M. Franco, II (via ECF)